## UNITED STATES DISTRICT COURT
## DISTRICT OF COLUMBIA

MOHAMMED AL-ADAHI,                    )
                                      )
          Petitioner,                 )
                                      )
     v.                               )     Civil Action No. 05-0280 (GK)
                                      )
BARACK OBAMA,                         )
President of the United States, et al.,   )
                                      )
          Respondents.                )
                                      )

### [PROPOSED] ORDER

Upon consideration of Respondents' Unopposed Motion to Vacate Scheduling Order and for a New Schedule Regarding Petitioner's Motion to Reopen Case and for Judgment (ECF No. 640), it is hereby

ORDERED, that the Court's February 18, 2014 Scheduling Order (ECF No. 641) is vacated; it is further

ORDERED, that Respondents shall file their response to Petitioner's Motion no later than March 26, 2014; and it is further

ORDERED, that a Motions Hearing is hereby scheduled for April _1_, 2014, at _10 a.m._,

SO ORDERED. _2/20/14_

_____
Gladys Kessler
United States District Judge